**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TIFFANY MCCALL,

             Petitioner

        v.

STRENGTH OF NATURE, LLC AND
STRENGTH OF NATURE COMPANY,

             Respondents

:  No. 145 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.